UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

ALEXANDRA HOBBS, ON BEHALF OF
HERSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

                Plaintiff,

                v.

ABA LOVE LLC,

                Defendant.

-------------------------------------------------------------- x

No.: 1:22-cv-2056

ECF CASE

**Stipulation of Dismissal**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, ALEXANDRA HOBBS, and Defendant, ABA LOVE LLC, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
June 6, 2022

By: _____
Jeffery M. Gottlieb, Esq.
**GOTTLIEB & ASSOCIATES**
150 East 18th Street, Suite PHR
New York, New York 10003
Tel: (212) 228-9795
jeffrey@gottlieb.legal

*Attorneys for Plaintiff,*
*Alexandra Hobbs*

By: _____
Alissa M. Nann, Esq.
**FOLEY & LARDNER LLP**
90 Park Avenue
New York, New York 10016
Tel.: (212) 682-7474
anann@foley.com

*Attorneys for Defendant,*
*Aba Love LLC*

So ordered.

_____
6/8/22